## GAULDING FERTILIZER COMPANY v. DRIVER.

*Simmons, C. J.*—1. The seller of commercial fertilizers which have not been inspected as the law requires cannot maintain against the buyer an action for the price of the same.

2. There was no error in the trial of such an action in rejecting evidence tending to show that the plaintiff had made ineffectual efforts to have the fertilizers inspected.

November 2, 1896. Argued at the last term.        *Judgment affirmed.*

Complaint on account. Before Judge Janes. Haralson superior court. July term, 1895.

*Cobb & Brother* and *Adamson & Jackson*, for plaintiff.